# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jupiter Tavern, Inc., and Gretchen G. :
Pettit as successor in interest to :
Liquor License No. H-1212, :
     Appellants :
         :
    v. : No. 1243 C.D. 2016
         :
Pennsylvania Liquor Control Board :


**PER CURIAM**      **O R D E R**


 **NOW**, October 6, 2017, it is ordered that the above-captioned Memorandum Opinion, filed July 12, 2017, shall be designated OPINION and shall be REPORTED.